IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY REAL ESTATE, LLC,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**TRAVELERS EXCESS AND SURPLUS LINES COMPANY,**<br><br>Defendant. | CIVIL ACTION NO. 20-6398 |

# ORDER

**AND NOW,** this 13th day of September 2021, upon consideration of Defendant Travelers Excess and Surplus Lines Company's Motion to Dismiss, the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 12] is **GRANTED**. Plaintiffs' Complaint is **DISMISSED with prejudice** and the Clerk of the Court is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**